

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

SAMUEL W. HUDSON III,                    §

                Appellant,                    §

v.                                       §

MARY LOIS SWEATT,                        §

                Appellee.                     §

                          §

No. 08-12-00334-CV

Appeal from the

116th District Court

of Dallas County, Texas

(TC# 10-03202-F)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF NOVEMBER, 2014.

SUSAN LARSEN, Justice (Senior Judge)

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment